**Armine KADIYAN, Plaintiff–Appellant,**

v.

**MEDTRONIC, INC., Defendant–Appellee.**

No. 11–55697.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 7, 2013.

Filed March 5, 2013.

Carney Richard Shegerian, Esquire, Trial, Shegerian & Associates, Santa Monica, CA, for Plaintiff–Appellant.

by 9th Cir. R. 36–3.

Debra L. Fischer, Esquire, Karen Pazzani, Esquire, Bingham McCutchen LLP, Los Angeles, CA, for Defendant–Appellee.

Before: W. FLETCHER, and RAWLINSON, Circuit Judges, and KORMAN, Senior District Judge.*

## MEMORANDUM **

Plaintiff Armine Kadiyan appeals the district court's grant of summary judgment in favor of defendant, Medtronic, Inc. We agree with the district court that there were no genuine issues of material fact that precluded the grant of summary judgment. Even assuming plaintiff was terminated, as she alleges, defendant's undisputed conduct did not violate the California Family Rights Act or the Fair Employment and Housing Act and, consequently, her termination was not in violation of public policy. Moreover, plaintiff's claim for breach of express or implied employment contract is flatly contradicted by the documents that she signed indicating her employment was at all times "at-will." Thus, we uphold the grant of summary judgment.

AFFIRMED.

---

* The Honorable Edward R. Korman, Senior United States District Judge for the Eastern District of New York, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.